# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN WHITTAKER,<br><br>Plaintiffs,<br><br>v.<br><br>NEWS NATION NETWORK PVT. LTD, et al.,<br><br>Defendants. | Case No.: 4:25-cv-1548-HSG<br><u>Hon. Haywood S Gilliam, Jr. Presiding</u><br><br>**ORDER ON PLAINTIFF'S MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: February 13, 2025 |

The Court, having considered Plaintiff's Motion to Continue Case Management Conference, and for good cause shown, HEREBY ORDERS as follows:

1. Plaintiff's Motion is GRANTED;
2. The Case Management Conference is continued to August 19, 2025 and all corresponding deadlines are similarly continued by ninety (90) days.

SO ORDERED.

Dated: 5/20/2025                By: 
                                Hon. Haywood S. Gilliam, Jr.

[Stamp: DENIED — Haywood S. Gilliam Jr., Judge Haywood S. Gilliam Jr., United States District Court, Northern District of California]